UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARLIN GIOVANNI PICKENS,<br><br>               Plaintiff,<br><br>   v.<br><br>24 HOUR FITNESS, et al.,<br><br>               Defendants. | CASE NO. C22-5783 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on Magistrate Judge Theresa L. Fricke's Report and Recommendation ("R&R"). Dkt. 5. Judge Fricke recommends denying Plaintiff Marlin Giovanni Pickens' Application for Leave to Proceed *In Forma Pauperis*, Dkt. 1, and dismissing his case without prejudice for failure to prosecute after he failed to respond to her Order to Show Cause, Dkt. 4. The Court, having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Pickens' Application for Leave to Proceed *In Forma Pauperis*, Dkt. 1, is **DENIED** and this case is **DISMISSED without prejudice**;

ORDER - 1

1    (3)    The Clerk is directed to send copies of this Order to Pickens; and

2    (4)    The Clerk shall enter JUDGMENT and close this case.

3    Dated this 9th day of January, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2